UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



CLOSED

| DEBRA HENNELLY, | Civil Action No. 2:17-cv-01672-ES-SCM |
|---|---|
| Plaintiff, | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| PHELAN HALLINAN DIAMOND & JONES, P.C., | |
| Defendant. | |

PLEASE TAKE NOTICE that plaintiff Debra Hennelly hereby dismisses all claims against defendant Phelan Hallinan Diamond & Jones, P.C. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

MARCUS ZELMAN, LLC
Attorneys for Plaintiff

By: /s Ari H. Marcus

Dated: July 3, 2017

SO ORDERED

This 5th day of July, 2016

Hon. Steven C. Mannion, U.S.M.J.
/Esther Salas, U.S.D.J.